# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

### CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

**FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF THE PLAN**

DEBTOR: Mary Vaughn  SS# xxx-xx-0961

SS#

ADDRESS: 3756 Briar Rose Road, Memphis, TN 38111

PLAN PAYMENT: Debtor to pay $ 379 Every Two Weeks

PAYROLL DEDUCTION: Baptist Rehab  OR ( ) DIRECT PAY

350 North Humphreys Blvd  BECAUSE:

Memphis, TN 38111  FIRST PAYMENT:

ADMINISTRATIVE: Pay filing fee, trustee's fee, and debtor's attorney fee, pursuant to Court Order.
AUTO INSURANCE: ( )Not included in Plan ( ) Included in Plan

PAYMENT

CHILD SUPPORT: Future Support through Plan to

Child Support Arrearage to

PRIORITY CREDITORS:

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| FayFinancial | ongoing payment begins | January 2015 | | $ | 616.00 |
| --- | --- | --- | --- | --- | --- |
| | Approximate arrearage | $3080 | Interest 0.00% | $ | 52.00 |
| | ongoing payment begins | | | | |
| | Approximate arrearage | | Interest | | |

**ADEQUATE PROTECTION PAYMENTS SHALL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT**

| SECURED CREDITORS: (retain Lien 11 U.S.C. § 1325(a)(5)) | VALUE OF COLLATERAL | INTEREST RATE | MONTHLY PAYMENT |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |

**Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as unsecured debts.**
UNSECURED CREDITORS: Pay  to be determined  % of these claims after above claims are paid;
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: _____ ;   October 2, 2014
TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.   April 5, 2012